IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| S. GREGORY HAYS, Receiver for Travis E. Correll, et al., | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:06cv496 |
| KERRY G. SITTON; KG SITTON AND COMPANY, LLC; and KGS GROUP, LLC | | |
| Defendants. | | |

### ORDER TO SHOW CAUSE WHY ANGELIC ENTERTAINMENT, INC. SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH RECEIVERSHIP ORDER

CAME ON FOR CONSIDERATION in the above-styled and numbered action the Motion for Order to Show Cause Why Angelic Entertainment, Inc. Should Not Be Held in Contempt for Failure to Comply with Receivership Order (the "Motion"), filed by Clark B. Will and Michael D. Clark, counsel for S. Gregory Hays, Receiver and Plaintiff, in this action (the "Receiver"). After considering the motion, the other papers on file and the applicable authorities, the Court finds that the Motion is well taken and that an order should be entered requiring Angelic Entertainment, Inc., Respondent herein, to personally appear through a duly authorized representative and show cause, if any it may have, why it should not be held in contempt for failure to comply with this Court's Agreed Order Appointing Receiver, Freezing Assets, Requiring and Accounting, and Granting Other Preliminary Injunctive Relief, entered in this cause by this Court on December 18, 2006 (the "Receivership Order").

IT IS THEREFORE ORDERED that Angelic Entertainment, Inc. is hereby ordered to appear on _____, 2008 at _____ o'clock ____.m. in the courtroom of the United States District Court for the Eastern District of Texas, Sherman Division, U.S. District Court Annex, 200 N. Travis St., Sherman, Texas 75090, to show cause, if any it may have, why it should not be held in contempt for failure to comply with the Receivership Order referenced above.

It is further ORDERED that the Receiver shall serve a true and correct copy of this signed Order upon Respondent via certified mail, return receipt requested, in addition to first class mail, at the following address, being the address at which Respondent has already received and accepted previous correspondence from the Receiver's counsel: Attn: Mark Maine, Angelic Entertainment, Inc., 555 W. Beach St., Suite 225, San Diego, CA 92101. Provided copies of this Order are served in this fashion at least fifteen (15) days prior to the scheduled hearing, such service shall constitute sufficient notice to Respondent of the time and date of the show cause hearing.

**ORDER TO SHOW CAUSE WHY ANGELIC ENTERTAINMENT, INC.
SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE
TO COMPLY WITH RECEIVERSHIP ORDER - Page 2**