# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 0 8 2008

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| S. GREGORY HAYS, Receiver for Travis E. Correll, et al., | § § § | NOTICE IN A CIVIL CASE |
| VS. | § § | Case No. 4:06cv496 |
| KERRY G. SITTON; KG SITTON AND COMPANY, LLC; and KGS GROUP, LLC | § § § | |

XX TAKE NOTICE that a ***HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY PRR HEARTHSTONE, LLC SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH RECEIVERSHIP ORDERS AND BRIEF IN SUPPORT (d.e. # 25)*** in this case has been set for the place, date and time set forth below:

| Place: UNITED STATES DISTRICT COURT<br>U.S. Courthouse Annex<br>200 N. Travis Street<br>Sherman, TX 75090 | Room:<br>**Mezzanine Level** |
|---|---|
| Before: **The Honorable Richard Schell** | Friday,<br>**March 21, 2008 at 10:00 a.m.** |

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously Scheduled | Continued/Rescheduled, Date and Time |
|---|---|---|
| Before: See Above | | |

**DAVID J. MALAND**
U.S. Clerk of Court

*Lori Bates*

Lori Bates for Debbie McCord
COURTROOM DEPUTY

February 8, 2008
DATE

To: Judge Richard Schell
Attorneys of Record via email